```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02213
    JOHN E SMITH
    JESSICA CLARK SMITH                      CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1214      SSN XXX-XX-4275
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 02/08/2007 and was confirmed 06/27/2007.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

The case was dismissed after confirmation 10/01/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| EMC MORTGAGE CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE CORPORATION | MORTGAGE ARRE | 340.01 | .00 | 340.01 |
| LARSON & NIERLING | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 8825.00 | 717.58 | 3394.03 |
| TRIAD FINANCIAL CORP | UNSECURED | 605.35 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED NOT I | NOT FILED | .00 | .00 |
| US BANK | SECURED VEHIC | 3000.00 | 211.15 | 1694.64 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1428.09 | .00 | 140.01 |
| CAPITAL ONE | UNSECURED | .00 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2570.00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 5986.58 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 718.51 | .00 | .00 |
| PREMIER BANKCARD | FILED LATE | 558.11 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY SO | NOTICE ONLY | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY SPECIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 14438.13 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1166.68 | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | .00 | .00 |
| US BANK | UNSECURED | 778.61 | .00 | .00 |
| SUNTECH COLLEGIATE FUNID | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 251.13 | .00 | .00 |
| LORRAINE GREENBERG & ASS | DEBTOR ATTY | 2,414.00 | | 2,414.00 |
| TOM VAUGHN | TRUSTEE | | | 678.58 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---
                         RECEIPTS            DISBURSEMENTS

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02213 JOHN E SMITH & JESSICA CLARK SMITH

```
--------------------------------------------------------------------------
TRUSTEE                                  9,590.00

PRIORITY                                                          140.01
SECURED                                                         5,428.68
    INTEREST                                                      928.73
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,414.00
TRUSTEE COMPENSATION                                              678.58
DEBTOR REFUND                                                        .00
                                       ---------------    ---------------
TOTALS                                   9,590.00              9,590.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
   Dated: 01/27/09                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE